UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED

| | | |
|---|---|---|
| Fiber Optic Design | PLAINTIFF(S), | CASE NUMBER 2001 FEB 16 AM II: 15 |
| | v. | CV- 01-0768-AHM (Ex) DISTRICT COURT CALIF. |
| Ana-Motion Inc | DEFENDANT(S). | NOTICE TO COUNSEL RE: COPYRIGHT, PATENT, AND TRADEMARK REPORTING REQUIREMENTS |

TO:   COUNSEL OF RECORD:

Pursuant to Rule 3.3 of the Local Rules of this court, in all cases where jurisdiction is invoked in whole or in part under 28 U.S.C. Section 1338 (regarding patents, plant variety protection, copyrights and trademarks), counsel shall, at the time of filing of the complaint, provide the Clerk with an original and two (2) copies of the required notice (AO 120) to the Patent and Trademark Office in patent, plant variety protection and trademark matters and / or  an original and four (4) copies of the required notice (AO 121) in copyright matters.  The required forms of notice to the Patent and Trademark and Copyright Offices are enclosed for your convenience.

Please complete the enclosed form(s) and return to: Clerk, U. S. District Court, ATTN: New Actions, at  the following address within ten (10) days:

X  312 N. Spring Street,
   Main Floor, Room G-8
   Los Angeles, CA  90012
   Phone: (213)894-2215

☐ 411 West Fourth St.
   Suite 1053
   Santa Ana, CA 92701-4516
   Phone: (714)338-4750

☐ 3470 Twelfth Street
   Room 134
   Riverside, CA 92501
   Phone: (909)328-4450

If you should have any questions regarding this matter, you may contact the Intake Supervisor at the above-noted phone number.

ENTERED ON ICMS
FEB 16 2001

CLERK, U. S. DISTRICT COURT

DATED: February 16, 2001

By L Woods
            Deputy Clerk

AO 120 (Rev. 3/04)

| TO: Commissioner of Patents and Trademarks<br>Washington, DC 20231 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|

In Compliance with 35 § 290 and/or 15 U.S.C § 1116 you are hereby advised that a court action has been

filed in the U.S. District Court _____ on the following ☐ Patents or ☐ Trademarks·

| DOCKET NO | DATE FILED | U.S. DISTRICT COURT |
|---|---|---|
| PLAINTIFF | | DEFENDANT |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s) have been included

| DATE INCLUDED | INCLUDED BY | | |
|---|---|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
| PATENT OR<br>TRADEMARK NO | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

Copy 1—Upon initiation of action, mail this copy to Commissioner    Copy 3—Upon termination of action, mail this copy to Commissioner
Copy 2—Upon filing document adding patent(s), mail this copy to Commissioner    Copy 4—Case file copy