```
MICHAEL A. PAINTER, Bar #43600
ISAACMAN, KAUFMAN & PAINTER
8484 Wilshire Boulevard, Suite 850
Beverly Hills, California  90211
(323) 782-7700 - Telephone
(323) 782-7744 - Facsimile

Attorneys for Plaintiff,
FIBER OPTIC DESIGN, INC.
```

FILED
CLERK, U.S. DISTRICT COURT
JAN 14 2002
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority ✓
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| FIBER OPTIC DESIGN, INC., a California corporation,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ANI-MOTION, INC., a Pennsylvania corporation,<br><br>　　　　　　Defendant. | CIVIL ACTION NO.<br>01-00768-AHM(Ex)<br><br>STIPULATION AND ORDER PURSUANT TO RULE 41(a)(1)ii), F.R.Civ.P. |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between parties hereto, through their counsel of record, and subject to the approval of the Court that, pursuant to Rule 41(a)(1)(ii),

LODGED
2002 JAN 14  PM 2:23

✓ Docketed
✓ Copies / NTC Sent
✓ JS - 5 / JS - 6
___ JS - 2 / JS - 3
___ CLSD

ENTER ON ICMS
JAN 15 2002

MAP-PLEAD-1739

-1-

13

1 | F.R.Civ.P., the this action be dismissed, without prejudice, each
2 | side to bear its own costs.

Respectfully submitted,

ISAACMAN, KAUFMAN & PAINTER

Dated: 11/30/01

By: _____
Michael A. Painter
Attorneys for Plaintiff

FOLEY & LARDNER

Dated: 12/4/2001

By: _____
Reginald D. Greene
Attorneys for Defendant

**ORDER**

IT IS SO ORDERED.

Dated: JAN 14 2001

_____
UNITED STATES DISTRICT JUDGE